# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

| | |
|---|---|
| DONALD SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> USAA FEDERAL SAVINGS BANK, TRANSUNION, LLC, EQUIFAX, INC., and EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendants. | Case No. 4:24-cv-00709-LPR <br><br> JUDGE LEE P. RUDOFSKY |

## NOTICE OF APPEARANCE

Now comes attorney David M. Krueger of the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and hereby enters his appearance as counsel of record for Defendant USAA Federal Savings Bank ("Defendant") in the above-captioned matter. It is respectfully requested that notices and copies of filings be sent to David M. Krueger, in addition to current counsel of record.

Respectfully submitted,

*/s/ David M. Krueger*
David M. Krueger
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Email: dkrueger@beneschlaw.com

*Attorneys for Defendant USAA Federal Savings Bank*

1

2

**CERTIFICATE OF SERVICE**

The foregoing document was filed electronically with the Court on January 16, 2025. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this file through the Court's system.

/s/ David M. Krueger