UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| DONALD SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK, TRANSUNION, LLC, EQUIFAX, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>        Defendants. | Case No.  4:24-cv-00709-LPR<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT USAA FEDERAL SAVINGS BANK'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, USAA Federal Savings Bank ("USAA FSB"), for its Answer and Affirmative Defenses to Plaintiff Donald Smith's ("Plaintiff") Complaint (the "Complaint"), states as follows:

**Nature of the Action**

1. USAA FSB admits that Plaintiff filed the Complaint purporting to state a claim for violations of the Fair Credit Reporting Act ("FCRA"). USAA FSB denies that it violated the FCRA, that Plaintiff has any valid claims, or that Plaintiff is entitled to relief under the FCRA. USAA FSB denies each and every remaining allegation set forth in Paragraph 1.

**Parties**

2. USAA FSB admits that Plaintiff is a natural person. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 2 regarding Plaintiff's residence, and therefore denies same.

3. USAA FSB admits that Plaintiff is an individual.

4. USAA FSB admits that its principal place of business is in San Antonio, Texas. USAA FSB denies the remaining allegations contained in Paragraph 4 of the Complaint.

5. USAA FSB admits that it is a wholly owned subsidiary and can be defined as a "person" under 15 U.S.C. § 1681a(b).

6. The allegations set forth in Paragraph 6 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

7. The allegations set forth in Paragraph 7 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

8. The allegations set forth in Paragraph 8 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

9. The allegations set forth in Paragraph 9 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

10. The allegations set forth in Paragraph 10 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

11. The allegations set forth in Paragraph 11 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

12. The allegations set forth in Paragraph 12 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

13. The allegations set forth in Paragraph 13 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

14. The allegations set forth in Paragraph 14 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

15. The allegations set forth in Paragraph 15 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

16. The allegations set forth in Paragraph 16 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

17. The allegations set forth in Paragraph 17 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

18. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 18 to the extent that they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

**Jurisdiction and Venue**

19. USAA FSB admits that the Complaint asserts violations of the FCRA which may invoke proper jurisdiction under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

20. USAA FSB states that Paragraph 20 contains legal conclusions to which no answer is required. To the extent that an answer is required, USAA FSB states that it does not contest venue at this time.

21. USAA FSB denies the allegations contained in Paragraph 21 of the Complaint as the Complaint does not allege any state law claims.

## Factual Allegations

22. USAA FSB denies the allegations contained in Paragraph 22 of the Complaint.

23. The allegations set forth in Paragraph 23 are directed toward defendants other than USAA FSB. Accordingly, USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

24. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 24 as they are directed toward defendants other than USAA FSB, regarding the duty of CRAs. To the extent that the remaining allegations in this paragraph characterize legal conclusions to which no answer is required, USAA FSB denies the allegations and respectfully refers this Court to 15 U.S.C. § 1681 for the actual language and full text.

25. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 25 as they are directed toward defendants other than USAA FSB, regarding the conduct of "the three CRA Defendants." Answering further, USAA FSB denies that Plaintiff suffered any injury or incurred damages attributable to USAA FSB. The remaining allegations in this paragraph assert legal conclusions to which no answer is required, therefore USAA FSB denies same.

26. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 26, to the extent that they are directed

toward defendants other than USAA FSB.  USAA FSB denies that Plaintiff suffered any injury or incurred damages attributable to USAA FSB.  USAA FSB further denies that it violated the FCRA and denies that Plaintiff has any valid claims against it.  The remaining allegations in this paragraph assert legal conclusions to which no answer is required, therefore USAA FSB denies same.

27.	USAA FSB admits only that Plaintiff had an account with USAA FSB.  USAA FSB is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 27 of the Complaint, and therefore denies the allegations.

28.	USAA FSB admits only that Plaintiff had an account with USAA FSB.  USAA FSB is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 28 of the Complaint, and therefore denies the allegations.

29.	USAA FSB is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the Complaint regarding whether Plaintiff received copies of his credit report from the CRAs.  Therefore, USAA FSB denies the allegations in this paragraph.

30.	USAA FSB denies that it violated the FCRA, denies that Plaintiff has any valid claims, or that Plaintiff suffered injury attributable to USAA FSB's conduct.  USAA FSB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 30, and therefore same.

31.	USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 31 as they are directed toward defendants—"all three CRA Defendants"—other than USAA FSB.

32. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 32 as they are directed toward defendants—"CRA Defendants"—other than USAA FSB.

33. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 33 as they are directed toward defendants other than USAA FSB.

34. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 34 as they are directed toward defendants other than USAA FSB, and are related to communications allegedly sent to defendants other than USAA FSB.

35. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 35 of the Complaint.

36. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 36 regarding what defendants other than USAA FSB would have done.

37. USAA FSB states that Plaintiff's characterization of 15 U.S.C § 1681 purports a legal conclusion to which no response is required. To the extent an answer is required, USAA FSB denies the allegations contained in Paragraph 37 of the Complaint and respectfully refers this Court to the FCRA for the actual language and full text.

38. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 38 of the Complaint regarding what defendants other than USAA FSB would have done.

39. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 39 of the Complaint.

40. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 40 of the Complaint as they are directed toward defendants other than USAA FSB.

41. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 41 of the Complaint as they are directed toward defendants other than USAA FSB.

42. USAA FSB denies that it violated the FCRA, denies that it furnished inaccurate information to the credit reporting bureaus with respect to Plaintiff's account, and denies that Plaintiff has any valid claims against it. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 42 as they are directed toward defendants other than USAA FSB.

43. USAA FSB denies each and every allegation set forth in Paragraph 43.

44. USAA FSB denies that it violated the FCRA, denies that it failed to conduct a reasonable investigation or reinvestigation with respect to Plaintiff's account, denies that Plaintiff has valid claims against it, and denies each and every remaining allegation set forth in Paragraph 44.

45. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 45 regarding what defendants other than USAA FSB would have done. USAA FSB is without knowledge or information sufficient to form a belief as to the truth or falsity of any allegations in the Complaint directed toward defendants other than USAA FSB.

46. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 46 of the Complaint as they are directed toward defendants other than USAA FSB.

47. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 47, to the extent they are directed toward defendants other than USAA FSB. USAA FSB denies that Plaintiff suffered any injury or incurred damages attributable to USAA FSB. USAA further denies that it violated the FCRA and denies that Plaintiff has any valid claims against it.

48. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 48 of the Complaint. USAA FSB denies that Plaintiff incurred any damages attributable to USAA FSB, and denies that Plaintiff has valid FCRA claims against it.

49. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 49, to the extent they are directed toward defendants other than USAA FSB. USAA FSB denies that Plaintiff suffered any injury or incurred damages attributable to USAA FSB. USAA further denies that it violated the FCRA and denies that Plaintiff has any valid claims against it.

## COUNT I- USAA
## Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681s-2(b)

50. USAA FSB reasserts and restates each of its answers to Paragraphs 1-49 of the Complaint as though fully set forth herein.

51. USAA FSB denies each and every allegation set forth in Paragraph 51.

52. USAA FSB denies each and every allegation set forth in Paragraph 52.

53. USAA FSB denies each and every allegation set forth in Paragraph 53.

54. USAA FSB denies each and every allegation set forth in Paragraph 54.

55. USAA FSB denies each and every allegation set forth in Paragraph 55.

56. USAA FSB denies each and every allegation set forth in Paragraph 56.

## COUNT II-TRANS UNION
## Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 168le(b)

57. USAA FSB reasserts and restates each of its answers to Paragraphs 1–56 of the Complaint as though fully set forth herein.

58. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 58 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

59. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 59 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

60. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 60 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

61. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 61 as they are directed toward defendants

other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

62. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 62 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

63. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 63 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

## COUNT III - TRANS UNION
## Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681i

64. USAA FSB reasserts and restates each of its answers to Paragraphs 1–63 of the Complaint as though fully set forth herein.

65. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 65 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

66. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 66 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

67. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 67 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

68. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 68 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

69. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 69 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

70. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 70 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

## COUNT IV - EQUIFAX
### Violation of the Fair Credit Reporting Act
### 15 U.S.C. § 1681e(b)

71. USAA FSB reasserts and restates each of its answers to Paragraphs 1–70 of the Complaint as though fully set forth herein.

72. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 72 as they are directed toward defendants

other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

73. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 73 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

74. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 74 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

75. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 75 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

76. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 76 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

77. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 77 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

## COUNT V - EQUIFAX
## Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681i

78. USAA FSB reasserts and restates each of its answers to Paragraphs 1–77 of the Complaint as though fully set forth herein.

79. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 79 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

80. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 80 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

81. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 81 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

82. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 82 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

83. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 83 as they are directed toward defendants

other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

84. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 84 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

**COUNT VI - EXPERIAN**
**Violation of the Fair Credit Reporting Act**
**15 U.S.C. § 1681e(b)**

85. USAA FSB reasserts and restates each of its answers to Paragraphs 1–84 of the Complaint as though fully set forth herein.

86. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 86 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

87. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 87 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

88. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 88 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

89. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 89 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

90. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 90 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

91. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 91 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

## COUNT VII - EXPERIAN
## Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681i

92. USAA FSB reasserts and restates each of its answers to Paragraphs 1–91 of the Complaint as though fully set forth herein.

93. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 93 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations. USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

94. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 94 as they are directed toward defendants

other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

95. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 95 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

96. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 96 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

97. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 97 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

98. USAA FSB lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 98 as they are directed toward defendants other than USAA FSB, and therefore denies the allegations.  USAA FSB denies each and every remaining allegation in this paragraph of the Complaint.

**Prayer For Relief**

USAA FSB denies that there is any legal or factual basis for the relief sought in the Complaint.  USAA FSB specifically denies each and every request for relief asserted by Plaintiff, inclusive of any subsections, and states that Plaintiff is not entitled to any relief.

## AFFIRMATIVE AND OTHER DEFENSES

Defendant, USAA FEDERAL SAVINGS BANK ("USAA FSB"), hereby asserts the following affirmative and other defenses to Plaintiff's Complaint:

### FIRST AFFIRMATIVE DEFENSE
(*Superseding and Intervening Causes*)

The damages alleged by Plaintiff may have been the result of other superseding and/or intervening cause(s), for which USAA FSB is not responsible.

### SECOND AFFIRMATIVE DEFENSE
(*Acts of Third Parties*)

USAA FSB denies that Plaintiff has suffered any alleged damages or injuries due to conduct by this Defendant, and thus states that any damages alleged in the Complaint, to the extent any exist, were caused in whole or in part by Plaintiff's own actions and/or the acts or omissions of third parties over which USAA FSB has neither responsibility nor control.

### THIRD AFFIRMATIVE DEFENSE
(*Punitive Damages*)

Plaintiff has failed to state a claim for punitive damages due to alleged conduct by USAA FSB. Furthermore, USAA FSB states that Plaintiff is not entitled to an award of punitive damages to the extent that such an award is barred by the Constitution of the United States. Any award of punitive damages would violate the prohibitions against excessive fines found in the Eighth Amendment of the Constitution of the United States as applied to the states by way of the due process clause of the Fourteenth Amendment to the Constitution of the United States. Further, any award of punitive damages would violate the guarantee of due process found in the Fourteenth Amendment of the Constitution of the United States because of the lack of objective guidelines on which a jury might base its award. More, such guidelines, to the extent that they exist, are arbitrary and void for vagueness.

## FOURTH AFFIRMATIVE DEFENSE
(*Failure to State a Claim*)

Plaintiff's Complaint fails to state a cause of action for negligent or willful violations of the FCRA and the Court should dismiss the suit.  Furthermore, Plaintiff's Complaint asserts allegations based "upon information and belief" which do not state a claim against USAA FSB in this action.

## RESERVATION OF RIGHTS

USAA FSB reserves all other available affirmative defenses and any other defenses at law or in equity that may now or in the future be available based on discovery or other factual investigations in the litigation.

WHEREFORE, having fully answered Plaintiff's Complaint, MinuteClinic respectfully requests that the Court:

1. Deny that Plaintiff is entitled to any relief whatsoever;

2. Dismiss Plaintiff's Complaint with prejudice and enter judgment in favor of USAA FSB

3. Award USAA FSB its attorneys' fees and costs incurred in defending this action; and

4. Award USAA FSB such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

USAA FSB demands a trial by jury on all claims and issues so triable on Plaintiff's Complaint.

Dated: January 16, 2025                     Respectfully submitted,

*/s/ David M. Krueger*
David M. Krueger
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Email: dkrueger@beneschlaw.com

*Attorneys for Defendant USAA Federal Savings Bank*

**CERTIFICATE OF SERVICE**

The foregoing document was filed electronically with the Court on January 16, 2025. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this file through the Court's system.

_/s/ David M. Krueger_
